**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| LARRY DAVENPORT,<br>      Plaintiff, | )<br>)<br>) |
| v. | )   CAUSE NO.: 2:20-CV-9-JVB-JEM |
| AMMAR ALHAJ, *et al.*,<br>      Defendants. | )<br>)<br>) |

## ORDER

This matter is before the Court on Plaintiff's Motion to Remand [DE 9], filed by Plaintiff on January 14, 2020. No response was filed.

Plaintiff filed his complaint in Lake County, Indiana, Superior Court on December 5, 2019. On January 8, 2020, Defendant Navajo Express, Inc. filed a notice of removal, alleging diversity of the parties. Among the allegations of citizenship is an allegation that Defendant Matthew N. Schafer is a citizen of Indiana.

Pursuant to 28 U.S.C. § 1441(b)(2), "[a] civil action otherwise removable solely on the basis of the jurisdiction under section 1332(a) of this title may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought." Accordingly, Plaintiff has shown that he is entitled to the requested relief.

Therefore, the Court **GRANTS** Plaintiff's Motion to Remand [DE 9] and **REMANDS** this case, which was Cause No. 45D05-1912-CT-001257 in state court, to Lake County, Indiana, Superior Court.

SO ORDERED on January 30, 2020.

                                                  s/ Joseph S. Van Bokkelen
                                                  JOSEPH S. VAN BOKKELEN, JUDGE
                                                  UNITED STATES DISTRICT COURT